EJ-130

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.: 275016<br>NAME: **Nicholas R Ranallo**<br>FIRM NAME: **Ranallo Law Office**<br>STREET ADDRESS: **5058 57th Ave S**<br>CITY: **Seattle**   STATE: **WA**   ZIP CODE: **98118-2120**<br>TELEPHONE NO.: (831) 607-9229   FAX NO.: (831) 533-5073<br>EMAIL ADDRESS: nick@ranallolawoffice.com<br>ATTORNEY FOR (name): **Derek DeYoung**<br>[ X ] ATTORNEY FOR   [ X ] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

| | |
|---|---|
| PLAINTIFF/PETITIONER: Derek DeYoung<br>DEFENDANT/RESPONDENT: Chu Anh Dung | CASE NUMBER:<br>4:21-mc-80142-DMR |

| | | | |
|---|---|---|---|
| **WRIT OF** | [ x ] **EXECUTION (Money Judgment)**<br>[ ] **POSSESSION OF**   [ ] **Personal Property**<br>[ ] **SALE**   [ ] **Real Property** | [ ] **Limited Civil Case**<br>(including Small Claims)<br>[ x ] **Unlimited Civil Case**<br>(including Family and Probate) | |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [ x ] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Chu Anh Dung
   340 Hue Street Hanoi, HANOI CITY
   China
   dzungdt85@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ x ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ x ] This writ is issued on a sister-state judgment.
    ——— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 7/23/2021

*Susan Y. Soong*

Clerk, by *Brittany Sims*, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Chu Anh Dung | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
    *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

    (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

    (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

    (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

    (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

    (a) The daily rental value on the date the complaint was filed was $

    (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Chu Anh Dung | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO.: 275016 <br> NAME: Nicholas R Ranallo <br> FIRM NAME: Ranallo Law Office <br> STREET ADDRESS: 5058 57th Ave S <br> CITY: Seattle            STATE: WA   ZIP CODE: 98118-2120 <br> TELEPHONE NO.: (831) 607-9229      FAX NO.: (831) 533-5073 <br> EMAIL ADDRESS: nick@ranallolawoffice.com <br> ATTORNEY FOR (name): Derek DeYoung <br> [X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | *FOR COURT USE ONLY* |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California <br> STREET ADDRESS: 1301 Clay Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Oakland, CA 94612 <br> BRANCH NAME: Northern District of California |

| | |
|---|---|
| PLAINTIFF/PETITIONER: Derek DeYoung <br> DEFENDANT/RESPONDENT: Hieu Tran | CASE NUMBER: <br> 4:21-mc-80142-DMR |

| | | |
|---|---|---|
| **WRIT OF** | [X] **EXECUTION** (Money Judgment) <br> [ ] **POSSESSION OF** [ ] **Personal Property** <br> [ ] **SALE** [ ] **Real Property** | [ ] **Limited Civil Case** <br> (including Small Claims) <br> [X] **Unlimited Civil Case** <br> (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity if not a natural person, and last known address):*

   ┌─────────────────────────────────────┐
   │ Hieu Tran                            │
   │ 28/3 Ba Vi, phuong 4, quan Tan BinhHo Chi Minh, │
   │ Ho Chi Minh                          │
   │ tranhieu.f2@gmail.com                │
   └─────────────────────────────────────┘

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date):* 07/12/2021
   *(See type of judgment in item 22.)*

6. [ ] Judgment renewed on *(dates):*

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment *(as entered or renewed)* | $ | 36,000.00 |
| 12. Costs after judgment *(CCP 685.090)* | $ | |
| 13. Subtotal *(add 11 and 12)* | $ | 36,000.00 |
| 14. Credits to principal *(after credit to interest)* | $ | |
| 15. Principal remaining due *(subtract 14 from 13)* | $ | 36,000.00 |
| 16. Accrued interest remaining due per <br> CCP 685.050(b) *(not on GC 6103.5 fees)* | $ | |
| 17. Fee for issuance of writ *(per GC 70626(a)(I))* | $ | |
| 18. **Total amount due** *(add 15, 16, and 17)* | $ | 36,000.00 |

19. **Levying officer:**
    a. Add daily interest from date of writ *(at the legal rate on 15) (not on GC 6103.5 fees)* . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 *(GC 6103.5, 68637; CCP 699.520(j))* . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

*Susan Y. Soong*

Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

| | | |
|---|---|---|
| Form Approved for Optional Use <br> Judicial Council of California <br> EJ-130 [Rev. September 1, 2020] | **WRIT OF EXECUTION** | Code of Civil Procedure, §§ 699.520, 712.010, 715.010 <br> Government Code, § 6103.5 <br> *www.courts.ca.gov* |

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Hieu Tran | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a) The daily rental value on the date the complaint was filed was $

            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Hieu Tran | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle       STATE: WA    ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229       FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolawoffice.com
ATTORNEY FOR (name): Derek DeYoung
[ X ] ATTORNEY FOR  [ X ] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Jason Day

| | CASE NUMBER: |
|---|---|
| | 4:21-mc-80142-DMR |

| WRIT OF | [ X ] **EXECUTION** (Money Judgment) | [ ] **Limited Civil Case** (including Small Claims) |
|---|---|---|
| | [ ] **POSSESSION OF** [ ] Personal Property | |
| | [ ] **SALE** [ ] Real Property | [ X ] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [ X ] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Jason Day
   3033 Pointe Tremble Rd
   Algonac, MI
   nghiahd@kumi.vn

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ X ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ X ] This writ is issued on a sister-state judgment.
    —— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . .   $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . .   $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 7/23/2021

Clerk, by _Buttany Sime_ , Deputy

Susan Y. Soong

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Jason Day | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

          (a) The daily rental value on the date the complaint was filed was $

          (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Jason Day | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

        ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☒ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle          STATE: WA     ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229      FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolaoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Jia Fu

CASE NUMBER:
4:21-mc-80142-DMR

**WRIT OF**
[X] **EXECUTION (Money Judgment)**
[ ] **POSSESSION OF**  [ ] **Personal Property**
[ ] **SALE**  [ ] **Real Property**

[ ] Limited Civil Case (including Small Claims)
[X] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Jia Fu
   No.668 East Beijing Road, HuangPu District
   Shanghai, Shanghai 200001
   China
   lei88@510122.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.

—— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | |
|---|---|
| 11. Total judgment (as entered or renewed) | $ 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ |
| 13. Subtotal (add 11 and 12) | $ 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ |
| 15. Principal remaining due (subtract 14 from 13) | $ 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ |
| 18. **Total amount due** (add 15, 16, and 17) | $ 36,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . .    $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . .    $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by _Brittany Soms_, Deputy

Susan Y. Soong

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Jia Fu | 4:21-mc-80142-DMR |

21. ☐   Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22.   The judgment is for *(check one):*

    a. ☐   wages owed.

    b. ☐   child support or spousal support.

    c. ☐   other.

23. ☐   Notice of sale has been requested by *(name and address):*

24. ☐   Joint debtor was declared bound by the judgment (CCP 989-994)

    a.   *on (date):*                       a.   *on (date):*

    b.   name, type of legal entity if not a natural person, and     b.   name, type of legal entity if not a natural person, and
        last known address of joint debtor:                     last known address of joint debtor:

    c. ☐   Additional costs against certain joint debtors are itemized: ☐ below   ☐ on Attachment 24c.

25. ☐   (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐   Possession of real property: The complaint was filed on  *(date):*
             (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

        (1) ☐   The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
              judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐   The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐   The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
              judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
              to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
              415.46 and 1174.3(a)(2).)*

        (4)   If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
            not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a)   The daily rental value on the date the complaint was filed was  $

            (b)   The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]               **WRIT OF EXECUTION**               **Page 2 of 3**

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Jia Fu | 4:21-mc-80142-DMR |

25. b. ☐  Possession of personal property.

☐  If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐  Sale of personal property.

d. ☐  Sale of real property.

e. The property is described   ☐  below   ☐  on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle     STATE: WA     ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229     FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolaoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Kiddblxrbt He

CASE NUMBER:
4:21-mc-80142-DMR

|  | | |
|---|---|---|
| **WRIT OF** | [X] **EXECUTION (Money Judgment)** | [ ] **Limited Civil Case** (including Small Claims) |
| | [ ] **POSSESSION OF** [ ] **Personal Property** | |
| | [ ] **SALE** [ ] **Real Property** | [X] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Kiddblxrbt He
   BaiMa Building ,488 qipu Road ,ZhaBei District
   Shanghai, Shanghai 200070
   China
   kiddblxrbt@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    ———— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . .   $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .   $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]
United States District Court, Northern District of California

Date: 7/23/2021

Clerk, by _Brittany Sims_, Deputy

*Susan Y. Soong*

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Kiddblxrbt He | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a) The daily rental value on the date the complaint was filed was $

            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Kiddblxrbt He | 4:21-mc-80142-DMR |

25. b. ☐  Possession of personal property.

       ☐  If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐  Sale of personal property.

d. ☐  Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.: 275016
NAME:  Nicholas R Ranallo
FIRM NAME:  Ranallo Law Office
STREET ADDRESS:  5058 57th Ave S
CITY:  Seattle      STATE:  WA     ZIP CODE:  98118-2120
TELEPHONE NO.: (831) 607-9229     FAX NO.: (831) 533-5073
EMAIL ADDRESS:  nick@ranallolawoffice.com
ATTORNEY FOR (name):  Derek DeYoung
☒ ATTORNEY FOR   ☒ ORIGINAL JUDGMENT CREDITOR   ☐ ASSIGNEE OF RECORD

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Lee Trading

CASE NUMBER:
4:21-mc-80142-DMR

| | |
|---|---|
| **WRIT OF** ☒ **EXECUTION (Money Judgment)** ☐ **POSSESSION OF** ☐ **Personal Property** ☐ **SALE** ☐ **Real Property** | ☐ **Limited Civil Case** (including Small Claims) ☒ **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the ☒ original judgment creditor ☐ assignee of record  whose address is shown on this form above the court's name.
4. **Judgment debtor** *(name, type of legal entity if not a natural person, and last known address):*

   Lee Trading (admin@leesilk.com),

   jointly and severally with:

   Dung Le (detectiveshirts@gmail.com)

   ☐ Additional judgment debtors on next page

5. **Judgment entered** on *(date):* 07/12/2021
   *(See type of judgment in item 22.)*
6. ☐ Judgment renewed on *(dates):*

7. **Notice of sale** under this writ:
   a. ☒ has not been requested.
   b. ☐ has been requested *(see next page).*
8. ☐ Joint debtor information on next page.

9. ☐ Writ of Possession/Writ of Sale information on next page.
10. ☒ This writ is issued on a sister-state judgment.

    **For items 11–17, see form MC-012 and form MC-013-INFO.**

11. Total judgment *(as entered or renewed)* $ 36,000.00
12. Costs after judgment *(CCP 685.090)* $
13. Subtotal *(add 11 and 12)* $ 36,000.00
14. Credits to principal *(after credit to interest)* $
15. Principal remaining due *(subtract 14 from 13)* $ 36,000.00
16. Accrued interest remaining due per CCP 685.050(b) *(not on GC 6103.5 fees)* $
17. Fee for issuance of writ *(per GC 70626(a)(l))* $
18. **Total amount due** *(add 15, 16, and 17)* $ 36,000.00
19. **Levying officer:**
    a. Add daily interest from date of writ *(at the legal rate on 15) (not on GC 6103.5 fees)* . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 *(GC 6103.5, 68637; CCP 699.520(j))* . . . . . . . . . . . . . . . $
20. ☐ The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by *Susan Y. Soong* *Brittany Sims*, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Lee Trading | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address)*:

22. The judgment is for *(check one)*:

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address)*:

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
    a. *on (date)*:
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date)*:
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date)*:
        (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a) The daily rental value on the date the complaint was filed was $
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify)*:

*Item 25 continued on next page*

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Lee Trading | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle   STATE: WA   ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229   FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolawoffice.com
ATTORNEY FOR (name): Derek DeYoung
[ X ] ATTORNEY FOR [ X ] ORIGINAL JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Lei Shan

CASE NUMBER:
4:21-mc-80142-DMR

|  | | |
|---|---|---|
| **WRIT OF** | [ X ] **EXECUTION (Money Judgment)** | [ ] Limited Civil Case (including Small Claims) |
| | [ ] **POSSESSION OF** [ ] **Personal Property** | |
| | [ ] **SALE** [ ] **Real Property** | [ X ] Unlimited Civil Case (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [ X ] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Lei Shan
   No.159 zhujiabang Road, Songjiang District
   Shanghai, Shanghai 201600
   China
   chen8678@foxmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ X ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ X ] This writ is issued on a sister-state judgment.

   **For items 11–17, see form MC-012 and form MC-013-INFO.**

11. Total judgment (as entered or renewed) $ 36,000.00
12. Costs after judgment (CCP 685.090) $ 0.00
13. Subtotal (add 11 and 12) $ 36,000.00
14. Credits to principal (after credit to interest) $ 0.00
15. Principal remaining due (subtract 14 from 13) $ 36,000.00
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ (per GC 70626(a)(l)) $ 0.00
18. **Total amount due** (add 15, 16, and 17) $ 36,000.00
19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . . $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by _Brittany Sims_ , Deputy

_Susan Y. Soong_

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Lei Shan | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*                     a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:     b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized:   ☐ below   ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a) The daily rental value on the date the complaint was filed was $

            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Lei Shan | 4:21-mc-80142-DMR |

25. b. ☐   Possession of personal property.

      ☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

   c. ☐   Sale of personal property.

   d. ☐   Sale of real property.

   e.   The property is described   ☐   below   ☐   on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle    STATE: WA    ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229    FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolaoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Lin Le My

CASE NUMBER: 4:21-mc-80142-DMR

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF    [ ] Personal Property
[ ] SALE    [ ] Real Property

[ ] Limited Civil Case (including Small Claims)
[X] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Lin Le My
   Cau Giay Ha Noi, Ha Noi
   lemylinh0205@gmail.com

   [ ] Additional judgment debtors on next page
5. **Judgment entered** on (date): 07/12/2021 (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    **For items 11–17, see form MC-012 and form MC-013-INFO.**
11. Total judgment (as entered or renewed)    $ 36,000.00
12. Costs after judgment (CCP 685.090)    $
13. Subtotal (add 11 and 12)    $ 36,000.00
14. Credits to principal (after credit to interest)    $
15. Principal remaining due (subtract 14 from 13)    $ 36,000.00
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)    $
17. Fee for issuance of writ (per GC 70626(a)(l))    $
18. **Total amount due** (add 15, 16, and 17)    $ 36,000.00
19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . .    $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . .    $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by _Buttany Simi_, Deputy

Susan Y. Soong

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung<br>Defendant/Respondent: Lin Le My | CASE NUMBER:<br>4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*                     a. *on (date):*

    b. name, type of legal entity if not a natural person, and     b. name, type of legal entity if not a natural person, and
       last known address of joint debtor:             last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
          *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
           judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
           judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
           to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
           415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
         not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

         (a) The daily rental value on the date the complaint was filed was $

         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Lin Le My | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

EJ-130

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** STATE BAR NO.: 275016<br>NAME: Nicholas R Ranallo<br>FIRM NAME: Ranallo Law Office<br>STREET ADDRESS: 5058 57th Ave S<br>CITY: Seattle   STATE: WA   ZIP CODE: 98118-2120<br>TELEPHONE NO.: (831) 607-9229   FAX NO.: (831) 533-5073<br>EMAIL ADDRESS: nick@ranallolaoffice.com<br>ATTORNEY FOR (name): Derek DeYoung<br>[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

| | |
|---|---|
| PLAINTIFF/PETITIONER: Derek DeYoung<br>DEFENDANT/RESPONDENT: Ngay Than | CASE NUMBER:<br>4:21-mc-80142-DMR |

| | | |
|---|---|---|
| **WRIT OF** | [X] **EXECUTION (Money Judgment)**<br>[ ] **POSSESSION OF**   [ ] **Personal Property**<br>[ ] **SALE**   [ ] **Real Property** | [ ] **Limited Civil Case** (including Small Claims)<br>[X] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Ngay Than
   3 TC Ha Noi, Ha Noi
   ngay2692017@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    — **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 191,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 191,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 191,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | |
| 18. **Total amount due (add 15, 16, and 17)** | $ | 191,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by _Susan Y. Soong_ , Deputy
Brittany Sims

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Ngay Than | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

           (a) The daily rental value on the date the complaint was filed was $

           (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Ngay Than | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle                    STATE: WA    ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229    FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolaoffice.com
ATTORNEY FOR (name): Derek DeYoung
[ X ] ATTORNEY FOR  [ X ] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Nguyen Hai

CASE NUMBER:
4:21-mc-80142-DMR

| WRIT OF | [ X ] **EXECUTION** (Money Judgment) | [ ] **Limited Civil Case** (including Small Claims) |
|---|---|---|
| | [ ] **POSSESSION OF** [ ] Personal Property | |
| | [ ] **SALE** [ ] Real Property | [ X ] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the  [ X ] original judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Nguyen Hai
   Thon 5 - Ha Ngoc - Ha TrungThanh Hoa, Thanh Hoa
   nguyenquanghai.nuce55xd1@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ X ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ X ] This writ is issued on a sister-state judgment.
    **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | |
|---|---|
| 11. Total judgment (as entered or renewed) | $ 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ |
| 13. Subtotal (add 11 and 12) | $ 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ |
| 15. Principal remaining due (subtract 14 from 13) | $ 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ |
| 18. **Total amount due** (add 15, 16, and 17) | $ 36,000.00 |

19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Susan Y. Soong
Clerk, by _Brittany Sims_, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Nguyen Hai | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.
    b. ☐ child support or spousal support.
    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

          (a) The daily rental value on the date the complaint was filed was $
          (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER:<br>4:21-mc-80142-DMR |
| Defendant/Respondent: Nguyen Hai | |

25. b. ☐  Possession of personal property.

               ☐  If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

    c. ☐  Sale of personal property.

    d. ☐  Sale of real property.

    e.  The property is described  ☐  below  ☐  on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

            **WRIT OF EXECUTION**            

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle     STATE: WA     ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229     FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolawoffice.com
ATTORNEY FOR (name): Derek DeYoung
[ X ] ATTORNEY FOR  [ X ] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Nguyen Thanh Tung

CASE NUMBER:
4:21-mc-80142-DMR

**WRIT OF**
[ X ] **EXECUTION (Money Judgment)**
[ ] **POSSESSION OF**   [ ] **Personal Property**
[ ] **SALE**   [ ] **Real Property**

[ ] Limited Civil Case (including Small Claims)
[ X ] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [ X ] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Nguyen Thanh Tung
   10/30 Lac Long QuanVung tau, NA
   mikejsusa@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ X ] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [ X ] This writ is issued on a sister-state judgment.
    —— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . .   $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .   $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Clerk, by *Susan Y. Soong*
*Buttany Sims*, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Nguyen Thanh Tung | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

        (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

        (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

        (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

        (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

            (a) The daily rental value on the date the complaint was filed was $

            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

EJ-130

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Nguyen Thanh Tung | 4:21-mc-80142-DMR |

25. b. ☐  Possession of personal property.

☐  If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐  Sale of personal property.

d. ☐  Sale of real property.

e.  The property is described  ☐  below  ☐  on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|
| NAME: Nicholas R Ranallo | |

FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle     STATE: WA     ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229     FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolawoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Nguyen Thi Kim Ngan

CASE NUMBER: 4:21-mc-80142-DMR

**WRIT OF**
[X] EXECUTION (Money Judgment)
[ ] POSSESSION OF  [ ] Personal Property
[ ] SALE  [ ] Real Property

[ ] Limited Civil Case (including Small Claims)
[X] Unlimited Civil Case (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

Nguyen Thi Kim Ngan
1121 Giai phong, Giai Phong Mai
Ha Noi, unknown, 100000, VN
benson6443@yahoo.com

[ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021 (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. **Notice of sale** under this writ:
a. [X] has not been requested.
b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
**For items 11–17, see form MC-012 and form MC-013-INFO.**
11. Total judgment (as entered or renewed) $ 160,000.00
12. Costs after judgment (CCP 685.090) $
13. Subtotal (add 11 and 12) $ 160,000.00
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $ 160,000.00
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) $
17. Fee for issuance of writ (per GC 70626(a)(l)) $
18. **Total amount due** (add 15, 16, and 17) $ 160,000.00
19. **Levying officer:**
a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . $
b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021

Susan Y. Soong
Clerk, by _____, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

EJ-130

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Nguyen Thi Kim Ngan | 4:21-mc-80142-DMR |

21. ☐   Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22.   The judgment is for *(check one):*

    a. ☐   wages owed.

    b. ☐   child support or spousal support.

    c. ☐   other.

23. ☐   Notice of sale has been requested by *(name and address):*

24. ☐   Joint debtor was declared bound by the judgment (CCP 989-994)

    a.   *on (date):*
    b.   name, type of legal entity if not a natural person, and
        last known address of joint debtor:

    a.   *on (date):*
    b.   name, type of legal entity if not a natural person, and
        last known address of joint debtor:

    c. ☐   Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐   (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐   Possession of real property: The complaint was filed on  *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☐   The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The
           judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐   The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐   The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the
           judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns
           to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP
           415.46 and 1174.3(a)(2).)*

      (4)   If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was
          not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

        (a)   The daily rental value on the date the complaint was filed was  $

        (b)   The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

EJ-130 [Rev. September 1, 2020]        **WRIT OF EXECUTION**        **Page 2 of 3**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER:<br>4:21-mc-80142-DMR |
| Defendant/Respondent: Nguyen Thi Kim Ngan | |

25. b. ☐   Possession of personal property.

        ☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

   c. ☐   Sale of personal property.

   d. ☐   Sale of real property.

   e.   The property is described   ☐   below   ☐   on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME:  Nicholas R Ranallo

FIRM NAME:  Ranallo Law Office

STREET ADDRESS:  5058 57th Ave S

CITY:  Seattle          STATE:  WA     ZIP CODE:  98118-2120

TELEPHONE NO.:  (831) 607-9229     FAX NO.:  (831) 533-5073

EMAIL ADDRESS:  nick@ranallolawoffice.com

ATTORNEY FOR (name):  Derek DeYoung

[X]  ATTORNEY FOR  [X]  ORIGINAL JUDGMENT CREDITOR  [ ]  ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Northern District of California

STREET ADDRESS:  1301 Clay Street

MAILING ADDRESS:

CITY AND ZIP CODE:  Oakland, CA 94612

BRANCH NAME:  Northern District of California

PLAINTIFF/PETITIONER:  Derek DeYoung

DEFENDANT/RESPONDENT:  Trung Nguyen Toan

CASE NUMBER:
4:21-mc-80142-DMR

**WRIT OF**
[X]  **EXECUTION (Money Judgment)**
[ ]  **POSSESSION OF**   [ ]  **Personal Property**
[ ]  **SALE**            [ ]  **Real Property**

[ ]  Limited Civil Case
(including Small Claims)

[X]  Unlimited Civil Case
(including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the  [X]  original judgment creditor  [ ]  assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Trung Nguyen Toan
   vanlang@gmail.com

   [ ]  Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ]  Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a.  [X]  has not been requested.
   b.  [ ]  has been requested (see next page).

8. [ ]  Joint debtor information on next page.

9.  [ ]  Writ of Possession/Writ of Sale information on next page.
10. [X]  This writ is issued on a sister-state judgment.
    **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(I)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
   a.  Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . .  $
   b.  Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . .  $

20. [ ]  The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date:  7/23/2021

Clerk, by _Brittany Sims_, Deputy

Susan Y. Soong

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Trung Nguyen Toan | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*
   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
   a. ☐ Possession of real property: The complaint was filed on *(date):*
      *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

         (a) The daily rental value on the date the complaint was filed was  $

         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Trung Nguyen Toan | 4:21-mc-80142-DMR |

25. b. ☐   Possession of personal property.

☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐   Sale of personal property.

d. ☐   Sale of real property.

e.   The property is described   ☐   below   ☐   on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle     STATE: WA     ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229     FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolawoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Tuan Vo Minh

CASE NUMBER:
4:21-mc-80142-DMR

**WRIT OF**
[X] **EXECUTION (Money Judgment)**
[ ] **POSSESSION OF** [ ] **Personal Property**
[ ] **SALE** [ ] **Real Property**

[ ] **Limited Civil Case** (including Small Claims)
[X] **Unlimited Civil Case** (including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.
4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Tuan Vo Minh
   27D Hoa Khanh Bac
   Lien Chieu Da Nang 550000 VN
   minhtuanqb88@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 7/12/2021
   (See type of judgment in item 22.)
6. [ ] Judgment renewed on (dates):
7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).
8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.

**For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 36,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 36,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 36,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 36,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date: 7/23/2021     Clerk, by _Susan Y. Soong_, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Tuan Vo Minh | 4:21-mc-80142-DMR |

21. ☐   Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22.   The judgment is for *(check one):*

    a. ☐   wages owed.
    b. ☐   child support or spousal support.
    c. ☐   other.

23. ☐   Notice of sale has been requested by *(name and address):*

24. ☐   Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*
    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐   Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐   (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐   Possession of real property: The complaint was filed on *(date):*
        *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

    (1) ☐   The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

    (2) ☐   The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

    (3) ☐   The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

    (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

        (a)   The daily rental value on the date the complaint was filed was $

        (b)   The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Tuan Vo Minh | 4:21-mc-80142-DMR |

25. b. ☐   Possession of personal property.

☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐   Sale of personal property.

d. ☐   Sale of real property.

e.   The property is described   ☐ below   ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME: Nicholas R Ranallo
FIRM NAME: Ranallo Law Office
STREET ADDRESS: 5058 57th Ave S
CITY: Seattle       STATE: WA    ZIP CODE: 98118-2120
TELEPHONE NO.: (831) 607-9229       FAX NO.: (831) 533-5073
EMAIL ADDRESS: nick@ranallolaoffice.com
ATTORNEY FOR (name): Derek DeYoung
[X] ATTORNEY FOR   [X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: Derek DeYoung
DEFENDANT/RESPONDENT: Vo Van Hao

CASE NUMBER:
4:21-mc-80142-DMR

| | | |
|---|---|---|
| **WRIT OF** | [X] **EXECUTION** (Money Judgment) | [ ] **Limited Civil Case** (including Small Claims) |
| | [ ] **POSSESSION OF**   [ ] **Personal Property** | |
| | [ ] **SALE**   [ ] **Real Property** | [X] **Unlimited Civil Case** (including Family and Probate) |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Vo Van Hao, (vohaonlplus@gmail.com), Jointly and Severally with:

   Truong Tan Sang
   35 Minh Khai, Hai Ba Trung
   Ha Noi, unknown, 100000, VN
   bella9712@yahoo.com
   [ ] Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ] Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    **For items 11–17, see form MC-012 and form MC-013-INFO.**

11. Total judgment (as entered or renewed)       $       67,000.00
12. Costs after judgment (CCP 685.090)            $
13. Subtotal (add 11 and 12)                      $       67,000.00
14. Credits to principal (after credit to interest) $
15. Principal remaining due (subtract 14 from 13) $       67,000.00
16. Accrued interest remaining due per CCP 685.050(b) (not on CC 6103.5 fees) $
17. Fee for issuance of writ (per GC 70626(a)(l)) $
18. **Total amount due** (add 15, 16, and 17)     $       67,000.00

19. **Levying officer:**
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . .   $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . .   $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date:   7/23/2021

Clerk, by   *Susan Y. Soong*
*Brittany Sims*                           , Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Vo Van Hao | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

   a. ☐ wages owed.
   b. ☐ child support or spousal support.
   c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. *on (date):*
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

   a. ☐ Possession of real property: The complaint was filed on *(date):*
     *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*

     (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

     (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

     (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

     (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

       (a) The daily rental value on the date the complaint was filed was  $

       (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER:<br>4:21-mc-80142-DMR |
| Defendant/Respondent: Vo Van Hao | |

25. b. ☐ Possession of personal property.

         ☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

   c. ☐ Sale of personal property.

   d. ☐ Sale of real property.

   e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 275016 | FOR COURT USE ONLY |
|---|---|---|

NAME:  Nicholas R Ranallo
FIRM NAME:  Ranallo Law Office
STREET ADDRESS:  5058 57th Ave S
CITY:  Seattle          STATE:  WA     ZIP CODE:  98118-2120
TELEPHONE NO.:  (831) 607-9229      FAX NO.:  (831) 533-5073
EMAIL ADDRESS:  nick@ranallolaoffice.com
ATTORNEY FOR (name):  Derek DeYoung
[ X ]  ATTORNEY FOR   [ X ]  ORIGINAL JUDGMENT CREDITOR   [ ]  ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Northern District of California
STREET ADDRESS:  1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Oakland, CA 94612
BRANCH NAME:  Northern District of California

PLAINTIFF/PETITIONER:  Derek DeYoung
DEFENDANT/RESPONDENT:  Vu Van Mong

| CASE NUMBER: |
|---|
| 4:21-mc-80142-DMR |

**WRIT OF**
[ X ]  **EXECUTION** (Money Judgment)
[ ]  **POSSESSION OF**      [ ]  **Personal Property**
[ ]  **SALE**               [ ]  **Real Property**

[ ]  Limited Civil Case
(including Small Claims)
[ X ]  Unlimited Civil Case
(including Family and Probate)

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the  [ X ]  original judgment creditor   [ ]  assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** (name, type of legal entity if not a natural person, and last known address):

   Vu Van Mong
   20, Thinh Liet, Hoang MaiHa Noi, Ha Noi
   mong2v@gmail.com

   [ ]  Additional judgment debtors on next page

5. **Judgment entered** on (date): 07/12/2021
   (See type of judgment in item 22.)

6. [ ]  Judgment renewed on (dates):

7. **Notice of sale** under this writ:
   a. [ X ]  has not been requested.
   b. [ ]  has been requested (see next page).

8. [ ]  Joint debtor information on next page.

9. [ ]  Writ of Possession/Writ of Sale information on next page.
10. [ X ]  This writ is issued on a sister-state judgment.

 —— **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment (as entered or renewed) | $ | 222,000.00 |
| 12. Costs after judgment (CCP 685.090) | $ | |
| 13. Subtotal (add 11 and 12) | $ | 222,000.00 |
| 14. Credits to principal (after credit to interest) | $ | |
| 15. Principal remaining due (subtract 14 from 13) | $ | 222,000.00 |
| 16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees) | $ | |
| 17. Fee for issuance of writ (per GC 70626(a)(l)) | $ | |
| 18. **Total amount due** (add 15, 16, and 17) | $ | 222,000.00 |

19. **Levying officer:**
   a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . . $
   b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(j)) . . . . . . . . . . . . . . . . $

20. [ ]  The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

[SEAL]

Date:  7/23/2021

Susan Y. Soong
Clerk, by  _Brittany Sims_ , Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung<br>Defendant/Respondent: Vu Van Mong | CASE NUMBER:<br>4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*
- a. ☐ wages owed.
- b. ☐ child support or spousal support.
- c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)
- a. *on (date):*
- b. name, type of legal entity if not a natural person, and last known address of joint debtor:
- a. *on (date):*
- b. name, type of legal entity if not a natural person, and last known address of joint debtor:

- c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:
- a. ☐ Possession of real property: The complaint was filed on *(date):*
  *(Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)*
  - (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
  - (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.
  - (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*
  - (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:
    - (a) The daily rental value on the date the complaint was filed was $
    - (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**EJ-130**

| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
|---|---|
| Defendant/Respondent: Vu Van Mong | 4:21-mc-80142-DMR |

25. b. ☐ Possession of personal property.

☐ If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐ Sale of personal property.

d. ☐ Sale of real property.

e. The property is described ☐ below ☐ on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---

**WRIT OF EXECUTION**

EJ-130

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO.: 275016<br>NAME: Nicholas R Ranallo<br>FIRM NAME: Ranallo Law Office<br>STREET ADDRESS: 5058 57th Ave S<br>CITY: Seattle    STATE: WA    ZIP CODE: 98118-2120<br>TELEPHONE NO.: (831) 607-9229    FAX NO.: (831) 533-5073<br>EMAIL ADDRESS: nick@ranallolawoffice.com<br>ATTORNEY FOR (name): Derek DeYoung<br>[X] ATTORNEY FOR  [X] ORIGINAL JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | *FOR COURT USE ONLY* |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Northern District of California
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Northern District of California

| | |
|---|---|
| PLAINTIFF/PETITIONER: Derek DeYoung | CASE NUMBER:<br>4:21-mc-80142-DMR |
| DEFENDANT/RESPONDENT: Yan Yu Cai | |

| | | | |
|---|---|---|---|
| **WRIT OF** | [X] **EXECUTION (Money Judgment)**<br>[ ] **POSSESSION OF** [ ] **Personal Property**<br>[ ] **SALE** [ ] **Real Property** | [ ] **Limited Civil Case**<br>(including Small Claims)<br>[X] **Unlimited Civil Case**<br>(including Family and Probate) | |

1. **To the Sheriff or Marshal of the County of:** Northern District of California
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.
2. **To any registered process server:** You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.
3. (Name): Derek DeYoung
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity if not a natural person, and last known address):*

   Yan Yu Cai
   du1993sai@gmail.com

   [ ] Additional judgment debtors on next page

5. **Judgment entered** on *(date):* 07/12/2021
   *(See type of judgment in item 22.)*

6. [ ] Judgment renewed on *(dates):*

7. **Notice of sale** under this writ:
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] Writ of Possession/Writ of Sale information on next page.
10. [X] This writ is issued on a sister-state judgment.
    — **For items 11–17, see form MC-012 and form MC-013-INFO.**

| | | |
|---|---|---|
| 11. Total judgment *(as entered or renewed)* | $ | 36,000.00 |
| 12. Costs after judgment *(CCP 685.090)* | $ | |
| 13. Subtotal *(add 11 and 12)* | $ | 36,000.00 |
| 14. Credits to principal *(after credit to interest)* | $ | |
| 15. Principal remaining due *(subtract 14 from 13)* | $ | 36,000.00 |
| 16. Accrued interest remaining due per<br>CCP 685.050(b) *(not on GC 6103.5 fees)* | $ | |
| 17. Fee for issuance of writ *(per GC 70626(a)(I))* | $ | |
| 18. **Total amount due** *(add 15, 16, and 17)* | $ | 36,000.00 |

19. **Levying officer:**
    a. Add daily interest from date of writ *(at the legal rate on 15) (not on GC 6103.5 fees)* . . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 *(GC 6103.5, 68637; CCP 699.520(j))* . . . . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Date: 7/23/2021

*Susan Y. Soong*

Clerk, by *Brittany Sims*, Deputy

**NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION.**

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. September 1, 2020]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Yan Yu Cai | 4:21-mc-80142-DMR |

21. ☐ Additional judgment debtor(s) *(name, type of legal entity if not a natural person, and last known address):*

22. The judgment is for *(check one):*

    a. ☐ wages owed.

    b. ☐ child support or spousal support.

    c. ☐ other.

23. ☐ Notice of sale has been requested by *(name and address):*

24. ☐ Joint debtor was declared bound by the judgment (CCP 989-994)

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    a. *on (date):*

    b. name, type of legal entity if not a natural person, and last known address of joint debtor:

    c. ☐ Additional costs against certain joint debtors are itemized: ☐ below ☐ on Attachment 24c.

25. ☐ (Writ of Possession or Writ of Sale) **Judgment** was entered for the following:

    a. ☐ Possession of real property: The complaint was filed on *(date):*
        (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

      (1) ☐ The *Prejudgment Claim of Right to Possession* was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The *Prejudgment Claim of Right to Possession* was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a *Claim of Right to Possession* at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a *Prejudgment Claim of Right to Possession* was served.) *(See CCP 415.46 and 1174.3(a)(2).)*

      (4) If the unlawful detainer resulted from a foreclosure (item 25a(3)), or if the *Prejudgment Claim of Right to Possession* was not served in compliance with CCP 415.46 (item 25a(2)), answer the following:

        (a) The daily rental value on the date the complaint was filed was $

        (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*

*Item 25 continued on next page*

**WRIT OF EXECUTION**

**EJ-130**

| | |
|---|---|
| Plaintiff/Petitioner: Derek DeYoung | CASE NUMBER: |
| Defendant/Respondent: Yan Yu Cai | 4:21-mc-80142-DMR |

25. b. ☐   Possession of personal property.

☐   If delivery cannot be had, then for the value *(itemize in 25e)* specified in the judgment or supplemental order.

c. ☐   Sale of personal property.

d. ☐   Sale of real property.

e.   The property is described   ☐   below   ☐   on Attachment 25e.

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT  OF  POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

---